**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-7657**

───────────

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

      v.

JULEEN BROWN, a/k/a Carol Baxter,

              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:96-cr-00108-HEH-1)

───────────

Submitted:  December 13, 2012      Decided:  December 19, 2012

───────────

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Juleen Brown, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juleen Brown appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brown, No. 3:96-cr-00108-HEH-1 (E.D. Va. Sept. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED